UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07-CV-188 CAS |
| | ) | |
| FIVE THOUSAND DOLLARS ($5,000.00) U.S. CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of Final Judgment by Default. Plaintiff has shown that there was reasonable cause for seizure of the defendant property, that a complaint for forfeiture was filed, that the claimant, Jessie Jones, was served with process and that any and all other potential claimants have been served by publication. No potential claimant has filed a claim to the defendant property. The Clerk of the Court has entered a default in this action.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED**:

(1) That a judgment by default is hereby entered against the defendant property;

(2) That all persons claiming any right, title or interest in or to the defendant property are held in default;

(3) That the defendant property is hereby forfeited to the United States of America; and

(4) That the defendant property be disposed of according to law.

**IT IS FURTHER ORDERED, FOUND AND CERTIFIED**:

(5)  That, pursuant to Title 28, United States Code, Section 2465, reasonable cause existed for the seizure of the defendant property.

**SO ORDERED**:

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  3rd  day of May, 2007.